UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY WILLIAMS and
TRAVIS HOUSTON,

    Plaintiffs,
v.

R.T.G. FURNITURE CORP. and
SE INDEPENDENT DELIVERY
SERVICES, INC.

    Defendant(s).
_____/

CASE NO.: 8:23-cv-01755-MSS-TGW

### MOTION FOR LEAVE TO FILE VERIFICATION OF PLAINTIFFS' ANSWERS TO COURT'S FLSA INTERROGATORIES OUT OF TIME

COMES NOW, Plaintiffs, TONY WILLIAMS ("Williams") and TRAVIS HOUSTON ("Houston") (collectively "Plaintiffs"), by and through the undersigned counsel, hereby file this Motion for Leave to File Verification of Plaintiffs' Answers to Court's FLSA Interrogatories Out of Time, and state as follows:

1. Pursuant to the Court's FLSA Scheduling Order [ECF No. 8], Plaintiffs filed a Notice of Filing their Unverified Answers to the Court's FLSA Interrogatories [ECF No. 11], doing so within the extended deadline provide in the Court's August 29, 2023 Order [ECF No. 10].

2. Plaintiff's Answers were each filed as Exhibits to the notice filed, [ECF No. 11-1 and 11-2]; however, Plaintiffs were unable to verify their answers before a notary public prior to the deadline for the submission of their answers.

3. Plaintiffs are instead filing their answers as unverified and moving for leave of the Court for additional time in order to have their answers verified and sworn to.

4. No party will be prejudiced if the Plaintiffs are allowed additional leave of court in order to have their answers filed with the court verified.

5. The instant Motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, the Plaintiffs respectfully request that this Court grant their Motion for Leave to File Verification of Plaintiffs' Answers to Court's FLSA Interrogatories Out of Time.

Dated: September 8, 2023

Respectfully submitted,
***/s/Corey L. Seldin***
Peter M. Hoogerwoerd, Esq.
Fla. Bar No.: 0188239
pmh@rgph.law
Corey L. Seldin, Esq.
Fla. Bar No. 1026565
cseldin@rgph.law
***REMER, GEORGES-PIERRE***
***& HOOGERWOERD, PLLC***
2745 Ponce De Leon Blvd.
Coral Gables, FL 33134
(305) 416-5000- Telephone

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **Corey L. Seldin**
Corey L. Seldin, Esq.
Fla. Bar No. 1026565